**Order entered October 30, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-01294-CV

## TOM KARTSOTIS, Appellant

### V.

## RICHARD L. BLOCH, INDIVIDUALLY AND AS A TRUSTEE OF THE RICHARD AND NANCY BLOCH FAMILY TRUST, AND NANCY BLOCH AS A TRUSTEE OF THE RICHARD AND NANCY BLOCH FAMILY TRUST, Appellees

### On Appeal from the 134th Judicial District Court
### Dallas County, Texas
### Trial Court Cause No. DC-11-04489

## ORDER

We **GRANT** appellant's October 28, 2015 unopposed motion for an extension of time to file his reply brief and cross-appellee's brief. Appellant shall file his reply brief and cross-appellee's brief by **NOVEMBER 19, 2015**.

/s/     ELIZABETH LANG-MIERS
           JUSTICE